UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-CIV-61314 Cohn/Seltzer

JOHN SHANDORF, et al,

    Plaintiffs,

v.

MCZ/CENTRUM FLORIDA XIX, et al,

    Defendants,

_____/

    Plaintiff hereby notifies the court of the Voluntary Dismissal of the Carlyle Group, Inc.

*John Shandorf*

November 17, 2008