UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61314-CIV-COHN/SELTZER

JOHN SHANDORF, et al.,

    Plaintiffs,

v.

MCZ/CENTRUM FLORIDA XIX, LLC,
a Delaware Limited Liability Company,
and its successors and/or assigns,
et al.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT CARLYLE GROUP, INC.

**THIS CAUSE** is before the Court upon Plaintiffs' Notice of Voluntary Dismissal of Defendant Carlyle Group, Inc. [DE 30]. The Court has reviewed the Notice and the record in this case, and is otherwise advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Carlyle Group, Inc. is **DISMISSED** with prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 4th day of December, 2008.

*[Signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record