UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61314-CIV-COHN/SELTZER

JOHN SHANDORF, et al.,

    Plaintiffs,

v.

MCZ/CENTRUM FLORIDA XIX, LLC,
a Delaware Limited Liability Company,
and its successors and/or assigns,
et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS FELBERBAUM AND ASSOCIATES, P.A. AND RESOURCE TITLE COMPANY, INC.'S MOTION TO STRIKE AMENDED COMPLAINT

**THIS CAUSE** is before the Court on the Motion to Strike Amended Complaint filed by Defendants Felberbaum and Associates, P.A. and Resource Title Company, Inc. [DE 23] ("Motion to Strike"). The Court has considered the Motion to Strike, Plaintiff John Shandorf's Response to the Motion to Strike [DE 54] ("Response") and the record in this case, and is otherwise advised in the premises.

This cause of action is brought by eleven separate Plaintiffs. The Amended Complaint states, prior to paragraph one, that "Plaintiffs are acting as a group, through their group leader, John Shandorf, and are proceeding in this matter on a pro-se basis." The Motion to Strike argues, among other things, that the Court should strike the Amended Complaint because John Shandorf, who is not a practicing attorney, may not represent the "Shandorf Group" (the eleven individual Plaintiffs) in this action.

On November 17, 2008, a status conference was held before United States Magistrate Judge Barry Seltzer. At the conference, Judge Seltzer advised John

Shandorf that he may not represent the "Shandorf Group." Judge Seltzer further advised that each individual Plaintiff will need to proceed *pro se* or obtain legal counsel. On December 4, 2008, Patricia Cassells and Associates, P.A. filed a Notice of Appearance on behalf of ten Plaintiffs [DE 51]. The Notice of Appearance does not include John Shandorf.

The Court has reviewed Plaintiff John Shandorf's Response and finds that the Response does not obviate one of the primary grounds raised in the Motion to Strike, *i.e.*, that John Shandorf filed the Amended Complaint on behalf of himself and the ten other Plaintiffs. "[T]he Constitution of the United States . . . does not grant to [a litigant] the right to have an unlicensed layman represent them in Court proceedings." Turner v. American Bar Ass'n, 407 F.Supp. 451, 478 (N.D. Tex. 1975), affirmed, sub nom. Pilla v. American Bar Ass'n, 542 F.2d 56 (8th Cir. 1976); see also Guajardo v. Luna, 432 F.2d 1324, 1325 (5th Cir. 1970). Based on this proposition, the Fifth Circuit has held a document to be "invalid" where it was filed on another's behalf by someone who was not a licensed attorney. Cuellar v. Johnson, 1999 WL 153002, *1 (5th Cir. 1999). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Strike Amended Complaint filed by Defendants Felberbaum and Associates, P.A. and Resource Title Company, Inc. [DE 23] is **GRANTED**. The Plaintiffs shall have up to and including **December 30, 2008** to file an amended complaint. In addition, if Plaintiff John Shandorf elects not to be represented by Patricia Cassells and Associates, P.A. and proceeds *pro se*, he shall file a separate amended complaint by

December 30, 2008.

2. The Motion to Strike Amended Complaint by Fortune Development and Sales [DE 50] is **DENIED as moot**.

3. MCZ/Centrum Defendants' Motion to Dismiss Amended Complaint and Incorporated Memorandum of Law [DE 34] is **DENIED without prejudice** to re-file after the Plaintiffs file their amended complaint(s).

4. The Motions to Strike Docket Entries by Patricia Cassells and Associates, P.A. [DE 44 - DE 49] are **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 9th day of December, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

John Shandorf, *pro se*
152 E. 84th Street, #5D
New York, NY 10028