UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

John Shandorf, Jeffrey Shandorf,    CASE NO: 08-CV-61314-COHN
Vincent Dimino, Lauren Horwitz,
Anthony Brasco, Gregory Caruso,
Robert Valenti, Leslie Tree Marr,
Robert Caputo, Teresa Caputo and
Teresa Caputo and Richard Loeb
aka The Shandorf Group,

        Plaintiffs,
vs.

MCZ/Centrum Florida XIX, LLC., a
Delaward limited liability Company,
its successors and/or or assigns,
MCZ/Centrum Florida III Owner, LLC,
MCZ/Centrum Florida XVIII, LLC,
Felberbaum and Associates, P.A.
The Carlyle Group, Inc., MHI/Carlyle
Sian Owner 1, LLC, MHI Hotels, LLC,
MHI Hotels Services, LLC MHI Hospitality
TRS, LLC, Resource Title Company,
and MHI Hollywood, LLC, and
Fortune Development And Sales

        Defendants.
_____/

## DEFENDANTS' JOINT MOTION TO DISMISS

Defendants FELBERBAUM & ASSOCIATES, P.A. ("F&A); RESOURCE TITLE COMPANY, INC. ("RTI"); FORTUNE DEVELOPMENT AND SALES; MCZ/CENTRUM FLORIDA XIX, LLC ("Florida XIX"), MCZ/CENTRUM FLORIDA III OWNER, LLC ("Florida III"), and MCZ/CENTRUM FLORIDA XVIII, LLC ("Florida XVIII" and, collectively with the foregoing, "Defendants"), by and through their undersigned attorneys, hereby jointly move to dismiss this action, with prejudice. In support, Defendants state:

    1.    This is a cause of action in which several groups of Plaintiffs have repeatedly attempted to state causes of action, without success. On April 15, 2009, this

Court entered an Order dismissing the last filed complaints and providing Plaintiffs with a period of up to and including May 1, 2009 to attempt to state a cause of action. (DE 71). Earlier versions of the Complaint likewise had been dismissed upon motions of the Defendants.

2. As of the date of this filing, Plaintiffs have neither filed any amended complaint nor filed any other motion, pleading, or request for extension of time.

3. Moreover, in this Court's Order referenced above (DE 71), the Court further stated:

> Plaintiffs are also advised that this will be the last opportunity to amend their pleadings and the Court will not provide another opportunity to replead in connection with any future dismissal. (DE 71@ page 8).

4. Plaintiffs have apparently elected to simply allow this case to be dismissed with prejudice. In any event, they have once again failed to comply with this Court's order, requiring any further amended pleading to be filed, if at all, by May 1, 2009, and as a result, this case should be dismissed with prejudice.

WHEREFORE Defendants jointly move to dismiss this action with prejudice, together with an award of attorneys fees and costs to which any of these Defendants may be entitled as well as any other and further relief this Court deems just and proper.

I HEREBY CERTIFY that on May 13, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel for record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: __/s/ David M. Beckerman__
David M. Beckerman, Esq.,
Florida Bar No: 32447

By:   /s/ Allen Paige Pegg
Allen Paige Pegg, Esq.,
Florida Bar No: 597821


By:   /s/ Olga De Los Santos,
Olga De Los Santos, Esq

**SERVICE LIST**

John Shandorf, pro se for the Shandorf Group
John.Shandorf@Stanleycapital.com
The Shandorf Group
152 E. 84th Street, #5D,
New York, NY 10028
(917) 572-7711
Pro Se

Allen Paige Pegg, Esq.
Murai Wald Biondo & Moreno, P.A.
2 Alhambra Plaza
Penthouse B
Coral Gables, FL 33134
(305) 444-0101 Office
(305) 444-0174
apegg@mwbm.com
Attorney for: MCZ/Centrum Defendants

Olga De Los Santos, Esq., LLM
General Counsel Fortune Development and Sales
1300 Brickell Avenue
Miami, FL 33131
(305) 351-0991 office
(305) 351-0990 fax
Olga@fortune-network.com
Attorney for: Fortune International


David M. Beckerman, Esq.,
Dbecker86@aol.com
David M. Beckerman, P.A.
7000 West Palmetto Park Road, Suite 500
Boca Raton, FL 33433
Tel: 561-391-6000
Fax: 561-391-6044
Attorneys for Plaintiff, Felberbaum & Associatesand Resource Title,.,
Method of Service: CM/ECF