UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61314-CIV-COHN/SELTZER

JOHN SHANDORF, et al.,

     Plaintiffs,

v.

MCZ/CENTRUM FLORIDA XIX, LLC,
a Delaware Limited Liability Company,
and its successors and/or assigns,
et al.,

     Defendants.

_____/

## ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS

**THIS CAUSE** is before the Court on Defendants' Joint Motion to Dismiss [DE 74]

filed by Defendants Felberbaum and Associates, P.A., Resource Title Company, Inc.,

Fortune Development and Sales, and the MCZ/Centrum Defendants.[1]  The Court has

considered the Joint Motion,[2] the record in this case, and is otherwise advised in the

premises.

After Plaintiffs engaged in several attempts to amend the Complaint to state a

valid cause of action, the Court entered an Order Granting Defendants' Motions to

Dismiss [DE 71].  That Order put Plaintiffs on notice of certain deficiencies contained in

the Plaintiffs' pleadings, including the failure to satisfy the pleading requirements set

forth in Rule 9(b) and 10(b) of the Federal Rules of Civil Procedure.  In addition, the

_____

[1]    The MCZ/Centrum Defendants consist of MCZ/Centrum Florida XIX, LLC,
MCZ/Centrum Florida III Owner, LLC and MCZ/Centrum Florida XVIII, LLC.

[2]    No Response to the Joint Motion was filed by Plaintiffs, and the time for
filing such a Response has now passed.

Order discussed issues concerning whether this Court had subject matter jurisdiction over the Plaintiffs' claims. Finally, the Order provided Plaintiffs with the opportunity to file an amended complaint by May 1, 2009 and advised Plaintiffs "that this will be the last opportunity to amend their pleadings and the Court will not provide another opportunity to replead in connection with any future dismissal."

Plaintiffs did not file an amended complaint on May 1, 2009 and the Joint Motion was filed on May 13, 2009 seeking a dismissal of this action with prejudice. Because Plaintiffs have failed to file an amended complaint or otherwise respond to the Joint Motion, this action with be dismissed with prejudice.

For the foregoing reasons, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  Defendants' Joint Motion to Dismiss [DE 74] is **GRANTED**. This action is **DISMISSED with prejudice**.

2.  Any pending motions shall be **DENIED as moot**. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 9th day of June, 2009.

**JAMES I. COHN**
**United States District Judge**

Copies provided to:

Counsel of record via CM/ECF

John Shandorf, *pro se*
152 E. 84th Street, #5D
New York, NY 10028

2